# United States District Court
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**THOMAS FITTS,**
**Plaintiff,**

vs.

Case Number: **09-2323**

**VILLAGE OF GRANT PARK, FRED 'J.R.' MEYER, in his individual capacity, and TIMOTHY SWANSON, in his individual capacity.**
**Defendants.**

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants the Village of Grant Park, Mayor Fred "J.R." Meyer, and Police Chief Timothy Swanson and against the plaintiff Thomas Fitts on all of plaintiff's claims. Case is terminated.

ENTER this 10th of February 2011.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY: DEPUTY CLERK